IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01437-RPM

CPP INCORPORATED d/b/a
CERMAK PETERKA PETERSEN, INC,
a Colorado corporation ,

                Plaintiff,

v.

FLORIDA EAST COAST REALTY, INC.,
a Florida corporation,

                Defendant.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **August 22, 2007, at 10:30**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)

and use the format provided with those instructions.  The proposed order, original and one

copy, on paper, shall be submitted directly to chambers by **August 16, 2007.**

        Dated: July 11th, 2007

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge