IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01437-RPM

CPP INCORPORATED d/b/a
CERMAK PETERKA PETERSEN, INC, a Colorado corporation,

    Plaintiff,

v.

FLORIDA EAST COAST REALTY, INC., a Florida corporation,

    Defendant.

---

## ORDER OF REMAND

---

    This civil action was removed by the defendant from the District Court, Larimer County, Colorado, by notice of removal, filed on July 10, 2007.  The stated basis for subject matter jurisdiction is 28 U.S.C. §1332, diversity of citizenship.  The plaintiff filed a motion to remand on August 8, 2007, asserting the forum selection clause in the contract upon which the plaintiff's single claim for relief for breach of contract is based.  The defendant filed a response in opposition to the motion to remand on August 28, 2007 and the plaintiff replied September 4, 2007.  While there is diversity of citizenship between the parties, the forum selection clause constitutes a clear and unequivocal agreement that the forum for this dispute is the state court in Larimer County, Colorado and the defendant has waived its statutory right to proceed in this court.  Accordingly, it is

    ORDERED that this civil action is remanded to the District Court, Larimer County, Colorado and the plaintiff's request for attorney fees and costs is denied.

    Dated: September 5th, 2007

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge